**MONTENEGRO, THOMPSON, MONTENEGRO & GENZ**
Edward A. Genz, Esq. ID#271101971
531 Burnt Tavern Road
Brick, NJ 08724
(732) 295-4500
Attorneys for Plaintiff

| | |
|---|---|
| Plaintiff,<br><br>JOSEPH FASSO,<br><br>v.<br><br>MARRIOTT VACATION CLUB, ARUBA SURF CLUB, ARUBA OCEAN CLUB, MARRIOTT INTERNATIONAL, INC., MARRIOTT VACATIONS WORLDWIDE CORPORATION, MARRIOTT VACATION CLUB INTERNATIONAL OF ARUBA, N.V., MARRIOTT RESORTS HOSPITALITY OF ARUBA, N.V., LUXURY HOTELS INTERNATIONAL MANAGEMENT OF ARUBA, N.V. JOHN DOE, INC., 1-3, and JOHN DOE 1-15 Individually (presently fictitious and unknown)<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>CIVIL ACTION NO.<br>3:20-CV-00877-FLW-DEA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

It is hereby stipulated and agreed by and between the parties that the within action, is dismissed with prejudice and without costs.

MONTENEGRO, THOMPSON,
MONTENEGRO & GENZ, P.C.
Attorneys for Plaintiff

By: _____
EDWARD A. GENZ, ESQ.

Dated: March 22, 2022

MARKS, O'NEILL, O'BRIEN
DOHERTY & KELLY, P.C.
Attorneys for Defendants

By: _____
NICOLE M. MULHERN, ESQ.

Dated: March 22, 2022

It is further ordered that the Clerk of the Court
is directed to reopen this action and upon entry
of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.C.D.J.  4/1/2022